IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ASSORTED JEWELRY VALUED AT $48,877.20, <br><br> Defendant(s). | No. 3:10-cv-00004-TMB <br><br> **DEFAULT JUDGMENT** |

WHEREAS direct notice of this action was sent by the U.S. Attorney's Office (USAO) pursuant to Rule G of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure;

AND WHEREAS USAO notice of action was published on the official government forfeiture website, www.forfeiture.gov, for at least 30 consecutive days commencing January 23, 2010;

AND WHEREAS to date, except for the claims filed by Otagus Coverson no other claim or answer has been filed, and the time to file a claim and answer has expired pursuant to Supplemental Rule G, as more than 60 days have elapsed since the first day of publication on the official government website and more than 35 days have elapsed since direct notice was sent;

AND WHEREAS the clerk of court entered default against all persons and entities claiming an interest in the In Rem defendant(s) excluding those who have filed claims and answers on March 6, 2014;

AND WHEREAS this motion is unopposed by Otagus Coverson;

IT IS THEREFORE ORDERED, on request of counsel for plaintiff, that DEFAULT JUDGMENT is hereby entered against all those persons and entities, except for OTAGUS COVERSON, who could potentially claim an interest in the defendant property and who have failed to plead, answer, and/or otherwise defend, as required by law.

DATED: March 21, 2014

/s/ Timothy M. Burgess
HON. Timothy M. Burgess
United States District Court Judge